AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dariel A. Griffith | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 05-CV-644 |
| v. | |
| Dept. Of Homeland Security et al | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that the petition is dismissed without prejudice to it being re-filed in the Second Circuit Court of Appeals or the Court of Appeals for the judicial circuit in which the immigration judge completed the proceedings. Further, leave to appeal as a poor person is denied.

Date: September 23, 2005                                                                RODNEY C. EARLY,
                                                                                                              CLERK

                                                                                              By:    s/Deborah M. Zeeb
                                                                                                         Deputy Clerk